# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**MICHAEL J. DAWE,**

    **Plaintiff,**

**v.**                                                                                      **Case No. 8:09-cv-620-T-30AEP**

**JEFFREY ROGERS, ADAM BUGG,
CHIEF LESTER ARADI, and CITY OF
LARGO, FLORIDA,**

    **Defendants.**

_____/

## ORDER

THIS CAUSE comes before the Court upon Defendants City of Largo and Chief Lester Aradi's Dispositive Motion for Summary Judgment (Dkt. 50) and Plaintiff's Consent and Response to same (Dkt. 51). The Court, having reviewed the motion and response, and being otherwise advised in the premises, concludes that Defendants City of Largo and Chief Lester Aradi's Dispositive Motion for Summary Judgment (Dkt. 50) should be granted.

Plaintiff states in his response that he agrees that summary judgment in favor of Defendants City of Largo and Chief Lester Aradi is appropriate based on the Court's ruling on the constitutional issues in the motion for summary judgment filed by the individual officers. (See Dkt. 48).[1]

It is therefore ORDERED AND ADJUDGED that:

---

[1] Plaintiff reserves his right to reinstate his claims against Defendants Chief Lester Aradi and City of Largo should summary judgment as to the individual officers be reversed if an appeal is taken.

1. Defendants City of Largo and Chief Lester Aradi's Dispositive Motion for Summary Judgment (Dkt. 50) is hereby **GRANTED**.

2. The CLERK is directed to enter **Final Summary Judgment** in favor of Defendants City of Largo, Florida d/b/a City of Largo Police Department and Chief Lester Aradi and against Plaintiff Michael J. Dawe.

**DONE** and **ORDERED** in Tampa, Florida on February 3, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2009\09-cv-620.msj2.frm