UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL J. DAWE,

    Plaintiff,

v.                               Case No. 8:09-cv-620-T-30AEP

JEFFREY ROGERS, et al.,

    Defendants.
_____/

### ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. A review of the file indicates that Judgment has previously been entered in this case and no further issues remain pending for the Court's consideration. It is therefore

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed.

2.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on April 23, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-620.dismissal.wpd